[No. 45336-3-II.   Division Two.   April 29, 2014.]

*In the Matter of the Welfare of* D.J.L.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-7-01120-8, Thomas Felnagle, J., entered September 5, 2013. *Remanded with instructions* by unpublished opinion per Lee, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 31099-0-III.   Division Three.   April 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SOPHIA MARIE GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 12-1-00004-1, Scott R. Sparks, J., entered August 31, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[Nos. 31196-1-III; 31300-0-III.   Division Three.   April 29, 2014.]

KASSA INSURANCE SERVICES, INC., *Respondent*, v. RYAN PUGH ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Spokane County, No. 08-2-03743-1, Gregory D. Sypolt, J., entered September 21, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 31333-6-III.   Division Three.   April 29, 2014.]

DIANA K. LELAND, *Appellant*, v. J.R. SIMPLOT COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-2-00263-1, Evan E. Sperline, J., entered November 13, 2012. *Affirmed* by unpublished opinion per Rawson, J. Pro Tem., concurred in by Siddoway, C.J., and Fearing, J.